THE HONORABLE BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

DANIEL SIMAAN, individually and on behalf of classes of similarly situated individuals,

      Plaintiffs,

v.

T-MOBILE USA, INC.,

      Defendant.

No. 2:21-cv-01181-BJR

**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT**

Under Western District of Washington Local Rules 7(d)(1) and 10(g), Plaintiff Daniel Simaan and Defendant T-Mobile USA, Inc. (the "Parties") stipulate that T-Mobile's deadline to answer or otherwise to respond to the Complaint, currently set for October 25, 2021, shall be extended pending the Court's ruling on T-Mobile's pending motion to stay proceedings, ECF No. 15. If the motion is denied, T-Mobile's deadline to answer or otherwise respond to the Complaint shall be 30 days after the denial of the motion. If the Court grants the motion to stay, any deadline will be set following resolution of the motion to transfer pending before the Judicial Panel on Multidistrict Litigation ("JPML").

Good cause exists for this extension because Plaintiffs filed a motion with the JPML to transfer all cases related to an August 2021 data-security incident for coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407. *See In re T-Mobile Customer Data Sec. Breach Litig.*,

STIPULATION AND ORDER TO EXTEND TIME TO ANSWER
(No. 2:21-cv-1181-BJR) - 1

154287793.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

MDL Docket No. 3019 (J.P.M.L. filed Aug. 23, 2021) (ECF No. 1). Plaintiffs, T-Mobile, and plaintiffs in related cases have noticed numerous cases as related that should be transferred. *See id.* (ECF Nos. 2, 8-1, 11, 20, 48, 62, 65). The extension will conserve judicial resources by potentially avoiding motion practice that may ultimately turn out to be unnecessary depending on how the litigation develops and progresses in light of anticipated consolidation into an MDL.

Dated: October 18, 2021

By: */s/ Steve Y. Koh*
Steve Y. Koh, WSBA No. 23284
Kathleen M. O'Sullivan, WSBA No. 27850
Lauren J. Tsuji, WSBA No. 55839
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: SKoh@perkinscoie.com
        KOSullivan@perkinscoie.com
        LTsuji@perkinscoie.com

Kristine McAlister Brown (*pro hac vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-mail: kristy.brown@alston.com

*Attorneys for Defendant T-Mobile USA, Inc.*

STIPULATION AND ORDER TO EXTEND TIME TO ANSWER
(No. 2:21-cv-1181-BJR) - 2

154287793.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

*/s/ Kim D. Stephens*
Kim D. Stephens, P.S., WSBA #11984
*/s/ Jason T. Dennett*
Jason T. Dennett, WSBA #30686
*/s/ Kaleigh N. Powell*
Kaleigh N. Powell, WSBA #52684
**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
E-Mail: jdennett@tousley.com
          kstephens@tousley.com
          kpowell@tousley.com

Jason Hartley (*pro hac vice*)
**HARTLEY LLP**
101 W. Broadway, Suite 820
San Diego, CA 92101
Telephone: (619) 400-5822
E-Mail: hartley@hartleyllp.com

*Attorneys for Plaintiff*

STIPULATION AND ORDER TO EXTEND TIME TO ANSWER
(No. 2:21-cv-1181-BJR) - 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

154287793.1

**ORDER**

IT IS SO ORDERED.

Dated this 19th day of October 2021.

<u>s/Barbara J. Rothstein</u>
Barbara J. Rothstein
U.S. District Court Judge

Presented By:

Steve Y. Koh, WSBA No. 23284
Kathleen M. O'Sullivan, WSBA No. 27850
Lauren J. Tsuji, WSBA No. 55839
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: SKoh@perkinscoie.com
       KOSullivan@perkinscoie.com
       LTsuji@perkinscoie.com

Kristine McAlister Brown (*pro hac vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-mail: kristy.brown@alston.com

*Attorneys for Defendant T-Mobile USA, Inc.*

STIPULATION AND ORDER TO EXTEND TIME
TO ANSWER
(No. 2:21-cv-1181-BJR) - 4

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

154287793.1